IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WALLACE NUNNELLY                                                              PLAINTIFFS

vs.                          CASE NO. **4:06CV1417GH**

GUIDANT CORPORATION, ET AL.                           DEFENDANTS

## **ORDER**

On motion of defendants, for good cause shown, all proceedings in this action are stayed pending a decision on transfer of this action to the Multidistrict Litigation Court. The motion for extension of time is therefore denied as moot.

IT IS SO ORDERED this 30th day of October, 2006.

*George Howard, Jr.*
_____
UNITED STATES DISTRICT JUDGE

-1-